IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYRONE ROBINSON, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 13-104 |
| ) | |
| v. ) | Judge Cathy Bissoon |
| ) | |
| STATE FARM FIRE AND ) | |
| CASUALTY COMPANY, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF REMAND

The Stipulation of the parties (Doc. 15) clarifies that the amount in controversy does not exceed $75,000.  *See id.* at ¶ 1; *see also* Rosado v. Encompass Ins. Co., 2010 WL 2431829, *2 (E.D. Pa. Jun. 10, 2010) ("[w]here a complaint is ambiguous as to the damages asserted and the amount in controversy is not apparent, a court may consider a subsequent stipulation as clarifying rather than amending an original pleading") (citation omitted).  The Stipulation hereby is **ADOPTED** in full, and this case is **REMANDED FORTHWITH** to the Court of Common Pleas of Westmoreland County, Pennsylvania (Civil Court Division No. 12-CI-01864).

IT IS SO ORDERED.


March 22, 2013                                                     s\Cathy Bissoon
                                                                              Cathy Bissoon
                                                                              United States District Judge


cc (via ECF email notification):

All Counsel of Record